IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL TATE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 04-385-MJR |
| **DR. CHAPMAN, PAM GRUBMAN,** | ) |
| **and DR. NEWBOLD,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Compel Discovery and Request for Admissions. **(Doc. 47)**.

Defendants have served their initial disclosures, which are attached to the motion. Plaintiff asks the Court to overrule objections to his discovery requests, but there are no requests or objections attached, and the Court is therefore unable to rule on same. Likewise, there are no requests for admissions on file.

Upon consideration and for good cause shown, plaintiff's Motion to Compel Discovery and Request for Admissions **(Doc. 47)** is **DENIED.**

IT IS SO ORDERED.

DATE: September 7, 2006.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**